08 JUL 28 PM 1:00 FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

MALIK ALI MUHAMMAD Plaintiff,

vs.

J. RUBIA, CAPTAIN.
N.W. TAYLOR, LIEUTENANT.
M. RODESILLAS, COUNSELOR I,
CIT. GROUP INC.,
CHARLES PRINCE
Defendant.

CASE NO. CV 08 3209 MMC

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, MALIK ALI MUHAMMAD, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  CALIF. STATE UNIVERSITY, HAYWARD, CA. (OCT. 2002) ($1600.00 GROSS)
5  ($1200.00 NET); EVERGREEN VALLEY COMMUNITY COLLEGE (OCT. 2002)
6  ($1600.00 GROSS) ($1200.00 NET) * ALL SUMS = APPROXIMATE ESTIMATION.
7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or           Yes ___ No ✓
10         self employment
11    b.  Income from stocks, bonds,        Yes ___ No ✓
12        or royalties?
13    c.  Rent payments?                    Yes ___ No ✓
14    d.  Pensions, annuities, or           Yes ___ No ✓
15        life insurance payments?
16    e.  Federal or State welfare payments, Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 N/A
22
23 3.  Are you married?                     Yes ___ No ✓
24 Spouse's Full Name: N/A
25 Spouse's Place of Employment: N/A
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ N/A                Net $ N/A
28 4.  a.  List amount you contribute to your spouse's support: $ N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    *None*
6
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ *N/A*    Amount of Mortgage: $ *N/A*
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make *N/A*    Year *N/A*    Model *N/A*
11 Is it financed? Yes *N/A* No *N/A*  If so, Total due: $ *N/A*
12 Monthly Payment: $ *N/A*
13 7.    Do you have a bank account? Yes ✓ No ___ (Do **not** include account numbers.)
14 Name(s) and address(es) of bank: *Yes (Bank of the West, Sacramento*
15 *Calif.) Exact address unknown*
16 Present balance(s): $ *Less than $50.00*
17 Do you own any cash? Yes ___ No ✓ Amount: $ *N/A*
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.    What are your monthly expenses?
22 Rent: $ *N/A*    Utilities: *N/A*
23 Food: $ *N/A*    Clothing: *N/A*
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| *None* | $ | $ |
|  | $ | $ |
|  | $ | $ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _COURT ORDERED RESTITUTION ($657.00)_
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _N/A_
10 _____

11  I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13  I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  _July 22, 2008_                    _Wakil Ali Mohammad_
17      DATE                              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

1
2                                                    Case Number: CV 08 3209
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                              [prisoner name]
14 _____ where (s)he is confined.
        [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                    _____
20                                         [Authorized officer of the institution]
21
22
23
24
25
26
27
28

- 5 -



Malik Ali Muhammad V-37398
CRC 402-27 Low
P.O. Box 3535
Norco, CA. 92860

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Confidential - (Case No. CV 08 3209)